UNITED STATES BANKRUPTCY COURT
Central District of California Los Angeles Division
Nancy Curry, Chapter 13 Standing Trustee                                    Page 1




| | | |
|---|---|---|
| TYSON TAKEUCHI | Date 07/12/2006 | HEIZER, REBECCA ANNE |
| LAW OFFICES OF TYSON TAKEUCHI | | |
| 3699 WILSHIRE BLVD., #880 | Case Number  0610570   VK | |
| LOS ANGELES, CA 90010- | | 275 S. THIRD ST., #213 |
| | Bar Date  07/05/2006 | BURBANK CA 91502 |

## NOTICE OF INTENT TO PAY CLAIMS

Notice is hereby given to the debtor and counsel, if any, that the Trustee intends to pay the claims as filed by creditors listed below unless objection is made by the debtor or other party of interest within 60 days from the date of this notice.

| Creditor | Date Filed | Scheduled | Claim Amount | Pay % | Class |
|---|---|---|---|---|---|
| 201-0  UNIVERSITY OF KENTUCKY FCU | 03/29/2006 | 0.00 | 16,074.60 | | Secure<br>Direct |
| 1080 EXPORT ST.<br>LEXINGTON, KY 40504- | | | | | |
| 301-0  AURORA LOAN SERVICES | 06/30/2006 | 12,000.00 | 11,348.21 | | Secure |
| 601 FIFTH AVENUE<br>SCOTTSBLUFF, NE 69361- | | | | | |
| 302-0  BENEFICIAL FINANCE CORP.<br>ATTN: PAYMENT PROCESSING<br>1301 E. TOWER ROAD<br>SCHAUMBURG, IL 60173- | 04/03/2006 | 0.00 | 25.00 | | Secure<br>Direct |
| 401-0  ECAST SETTLEMENT CORP. | 04/27/2006 | 3,689.00 | 3,689.60 | 100.00 | Unsec |
| P.O. BOX 35480<br>NEWARK, NJ 07193-5480 | | | | | |
| 402-0  EQUITY RESIDENTIAL POR | | 686.00 | 0.00 | 100.00 | Unsec<br>Not Filed |
| 6404 INTERNATIONAL PKWY<br>PLANO, TX 75093- | | | | | |

Continued on Next Page

Case 2:06-bk-10570-WB   Doc 22   Filed 07/13/06   Entered 07/14/06 09:03:35   Desc
Main Document   Page 2 of 3

UNITED STATES BANKRUPTCY COURT
Central District of California Los Angeles Division
Nancy Curry, Chapter 13 Standing Trustee

Page 2

In RE:   HEIZER, REBECCA ANNE                                      Case Number   0610570                    7/12/2006

| Creditor | Date Filed | Scheduled | Claim Amount | Pay % | Class |
|---|---|---|---|---|---|
| 403-0 ECAST SETTLEMENT CORP.<br><br>P.O. BOX 35480<br>NEWARK,NJ 07193-5480 | 03/17/2006 | 419.00 | 419.66 | 100.00 | Unsec |
| 404-0 RESURGENT ACQUISITION<br>C/O RESURGENT CAPITAL SERVICES<br>P.O. BOX 10587<br>GREENVILLE,SC 29603-0587 | 06/12/2006 | 489.00 | 489.65 | 100.00 | Unsec |
| 405-0 ECAST SETTLEMENT CORP.<br><br>P.O. BOX 35480<br>NEWARK,NJ 07193-5480 | 04/07/2006 | 8,748.00 | 8,748.16 | 100.00 | Unsec |
| 406-0 NCO FINANCIAL SYSTEMS, INC.<br><br>P.O. BOX 41567<br>PHILADELPHIA,PA 19101- | | 109.00 | 0.00 | 100.00 | Unsec<br>Not Filed |
| 407-0 UNIVERSITY OF KENTUCKY FCU<br><br>1080 EXPORT ST.<br>LEXINGTON,KY 40504- | 03/29/2006 | 6,066.00 | 5,932.02 | 100.00 | Unsec |
| 408-0 UNIVERSITY OF KENTUCKY FCU<br><br>1080 EXPORT ST.<br>LEXINGTON,KY 40504- | 03/29/2006 | 3,968.00 | 3,968.15 | 100.00 | Unsec |
| 409-0 CARD SERVICE CENTER<br><br>P.O. BOX 23356<br>PITTSBURGH,PA 15222- | 04/07/2006 | 0.00 | 169.23 | 100.00 | Unsec |
| 410-0 UNIVERSITY OF KENTUCKY FCU<br><br>1080 EXPORT ST.<br>LEXINGTON,KY 40504- | 03/29/2006 | 0.00 | 49.96 | 100.00 | Unsec |
| 666-0 TYSON TAKEUCHI<br>LAW OFFICES OF TYSON TAKEUCHI<br>3699 WILSHIRE BLVD., #880<br>LOS ANGELES,CA 90010- | 03/10/2006 | 1,800.00 | 1,800.00 | | Legal |
| TRS-0 NANCY CURRY, TRUSTEE | | 0.00 | 4,068.30 | | Trustee |

Continued on Next Page


UNITED STATES BANKRUPTCY COURT
Central District of California Los Angeles Division
Nancy Curry, Chapter 13 Standing Trustee

Page 3

In RE: HEIZER, REBECCA ANNE    Case Number 0610570    7/12/2006

| Creditor | Date Filed | Scheduled | Claim Amount | Pay % | Class |
|---|---|---|---|---|---|

| | Secured | Priority | Unsecured | Admin | Atty | Other |
|---|---|---|---|---|---|---|
| Debt To Be Paid | 11,348.21 | 0.00 | 23,466.43 | 4,068.30 | 1,800.00 | 0.00 |

Total To Be Paid    40,682.94

The absence of a written objection timely filed with the Court, set for hearing and properly served is deemed an approval by the debtor of the claims as listed above.

_Nancy Curry, Trustee_

PROOF OF SERVICE

I declare that I am a citizen of the United States, over the age of 18 years and not a party of the within action; That I am employed by NANCY CURRY, CHAPTER 13 STANDING TRUSTEE and that on 7/12/2006 I served the within NOTICE OF INTENT TO PAY CLAIMS on: Debtor and                Debtors attorney.
by first class mail with postage fully prepaid thereon.

HEIZER, REBECCA ANNE            TYSON TAKEUCHI
                                LAW OFFICES OF TYSON TAKEUCHI
275 S. THIRD ST., #213          3699 WILSHIRE BLVD., #880
BURBANK CA 91502                LOS ANGELES CA 90010-

Executed at Los Angeles, California on 7/12/2006

_Elizet Cash-Shelton_